# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEPHANIE J. BROGAN,<br><br>               Plaintiff,<br><br>vs.<br><br>ST. JUDE MEDICAL, INC.,<br><br>               Defendant. | 8:15CV470<br><br>ORDER OF DISMISSAL |

This matter is before the Court on Plaintiff Stephanie J. Brogan's Motion for Order of Dismissal (Filing No. 19). The Motion is signed by counsel for Defendant St. Jude Medical, Inc., in acknowledgment of its assent to the Motion. The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. Per the terms of the Motion, the above-captioned action will be dismissed with prejudice against Defendant St. Jude Medical, Inc., but without prejudice as to claims or potential claims of Plaintiff Stephanie Brogan against any physician, hospital, or health care provider as defined by Neb. Rev. Stat. §§ 44-2803, 44-2804, and 44-2806 for any malpractice or professional negligence as defined by Neb. Rev. Stat. § 44-2810 or for any other state law claim. The Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. Plaintiff Stephanie J. Brogan's Motion for Order of Dismissal (Filing No. 19) is approved;

2. The above-captioned action is dismissed with prejudice, but any claims or potential claims of Plaintiff Stephanie J. Brogan against any physician, hospital, or health care provider as defined by Neb. Rev. Stat. §§ 44-2803, 44-2804 and 44-2806 for any malpractice or professional negligence as

defined by Neb. Rev. Stat. § 44-2810 or for any other state law claim are preserved; and

3. The Court will not assess costs or attorney's fees.

Dated this 29th day of February, 2016.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge